UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20523-CR-King/Garber

UNITED STATES OF AMERICA,

v.

ONELIO HIPOLIT CASTRO,

　　　Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing as to defendant Onelio Hipolit Castro, previously scheduled for October 5, 2010, is hereby rescheduled to Wednesday, the 6th day of October, 2010, at 2:00 P.M.** in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Tuesday, November 23, 2010 at 10:15 A.M. in Courtroom 11, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of September, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE